# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

*FILED BY _____ D.C.*
*05 MAY -3 PM 5: 05*
*ROBERT R. DI TROLIO*
*CLERK OF U.S. DIST. CT.*
*W.D. OF TN. JACKSON*

DEMUS RICH and wife,
MELBA RICH, individually and
as Executors of the Estate of
GARY BRIAN RICH, deceased,

    Plaintiffs,

VS.                                              No. 02-1222-T

CITY OF SAVANNAH, TENNESSEE, et al.,

    Defendants.

## ORDER OF REFERENCE

Plaintiffs' Motion to Exclude the Testimony of Danny Franks, David Cagle, John Overton, and Joseph Peters, M.D. is hereby referred  to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_James D. Todd_

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_3 May 2005_
DATE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on 5|5|05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John C. Duffy
WATSON HALL & REEVES
Plaza Tower
Ste. 1700
Knoxville, TN 37901--013

Honorable James Todd
US DISTRICT COURT