# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

FILED BY_____ D.C.

05 MAY -6  AM 8: 36

ROBERT R. DiTROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

DEMUS RICH and wife,
MELBA RICH, individually and
as Executors of the Estate of
GARY BRIAN RICH, deceased,

     Plaintiffs,

VS.                                                 No. 02-1222-T

CITY OF SAVANNAH, TENNESSEE, et al.,

     Defendants.

## AMENDED ORDER OF REFERENCE

The Order of Reference entered on May 3, 2005, referring Plaintiffs' Motion to

Exclude the Testimony of Danny Franks, David Cagle, John Overton, and Joseph Peters,

M.D. to United States Magistrate Judge Thomas Anderson is hereby amended to refer this

matter to the Honorable Tu Pham for disposition.

     IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

5 May 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/9/05

123

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 123 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

John C. Duffy
WATSON HALL & REEVES
Plaza Tower
Ste. 1700
Knoxville, TN 37901--013

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT