**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

FILED BY _____ D.C.

05 MAY 23  PM 2: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| DEMUS RICH and MELBA RICH, CO-EXECUTORS OF THE ESTATE OF GARY BRIAN RICH, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No.: 1-02-1222-T |
| CITY OF SAVANNAH, TENNESSEE, et al. | ) ) Todd ) |
| Defendants. | ) ) |

**AGREED ORDER OF EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DANNY FRANKS, ET AL.**

By agreement of the Parties and for good cause shown, IT IS HEREBY ORDERED that Defendants shall have until May 25, 2005 to file a response to Plaintiffs' Motion to Exclude testimony of Danny Franks, et al.

ENTERED THIS __23__ DAY OF MAY, 2005.

_____
United States Magistrate Judge

APPROVED FOR ENTRY:

_____
Andrew C. Clarke, Attorney for Plaintiffs

_____
Fred Collins, Attorney for City of Savannah

_____
John C. Duffy, Attorney for Individual Defendants

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5-25-05__

138

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 138 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

John C. Duffy
WATSON HALL & REEVES
Plaza Tower
Ste. 1700
Knoxville, TN 37901--013

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT