IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DEMUS RICH and wife, MELBA RICH, )
Individually and as Executors of the Estate )
of GRAY BRIAN RICH, deceased, )
)
    Plaintiff, )
)
VS. )   No. 02-1222-T/Ph
)
CITY OF SAVANNAH, TENNESSEE, )
ET AL., )
)
    Defendants. )

## ORDER OF REFERENCE

Plaintiffs' Motion to Exclude the Testimony of Gary Shaffer, filed May 13, 2005, and plaintiffs' Motion to Exclude the Testimony of Gary Vilke, M.D., filed May 19, 2005, are hereby referred to the Honorable Tu M. Pham for disposition.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_24 May 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

John C. Duffy
WATSON HALL & REEVES
Plaza Tower
Ste. 1700
Knoxville, TN 37901--013

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT