UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY /W/ D.C.

05 JUN -1 PM 1: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-in-Charge
U. S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF SETTING
### Before Judge Tu M. Pham, United States Magistrate Judge

June 1, 2005

RE: 1:02cv1222-T/P

Demus Rich, et al -v- City of Savannah, TN, et al

Dear Sir/Madam:

A **MOTION HEARING** re: *Plaintiff's Motion To Exclude The Testimony of Danny Franks, David Cagle, John Overton, and Joseph Peters, M.D.* has been **SET** before **Magistrate Judge Tu M. Pham on WEDNESDAY, JUNE 8, 2005 at 10:30 A.M. in Courtroom 6, 3rd floor of the Federal Building, Memphis, Tennessee.**

*Out of town counsel may appear in person or via telephone. If counsel wish to participate via telephone, advance written notice, including the telephone number where you can be reached, must be submitted to Magistrate Judge Pham's chambers within three (3) business days prior to the hearing.*

If you have any questions, please contact the case manager at the telephone number provided below.

Sincerely,

ROBERT R. DI TROLIO, CLERK

BY: *Wendy Warren*
Wendy Warren, Case Manager
901-495-1218

150

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 150 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

John C. Duffy
WATSON HALL & REEVES
Plaza Tower
Ste. 1700
Knoxville, TN 37901--013

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John C. Duffy
WATSON HALL & REEVES
Plaza Tower
Ste. 1700
Knoxville, TN 37901--013

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT