IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DEMUS RICH and MELBA RICH, Individually and as Co-Executors of the Estate of GARY BRIAN RICH, deceased, ) ) ) ) Plaintiffs, ) ) VS. ) CITY OF SAVANNAH, TENNESSEE; ET AL., ) ) ) Defendants. ) | No. 02-1222-T/An |

ORDER OF CONTINUANCE

This case is currently scheduled for jury trial on July 11, 2005. However, due to a criminal proceeding on the same day which must take precedence, as well as the pending motions for summary judgment, the case is hereby continued. The trial is reset for October 11, 2005, at 9:30 a.m. The joint pre-trial order will be due on or before September 30, 2005.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

24 June 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 163 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John C. Duffy
WATSON & HOLLOW
P.O. Box 131
Knoxville, TN 37901--013

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Honorable James Todd
US DISTRICT COURT