IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DEMUS RICH and MELBA RICH, Individually and as Co-Executors of the Estate of GARY BRIAN RICH, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | No. 02-1222-T/An |
| CITY OF SAVANNAH, TENNESSEE; ET AL., | ) ) ) | |
| Defendants. | ) | |

ORDER

On August 11, 2005, the defendants moved for a continuance of the trial of this case, currently scheduled for October 11, 2005. Defendants state that counsel has a conflict with the trial of a case in the Circuit Court of Anderson County, Tennessee. The plaintiffs filed a response in opposition to the motion.

In the motion to continue this case, defense counsel also states that a motion to continue was filed in the Anderson County case and would be argued on August 26, 2005. The defendants are hereby ORDERED to notify the Court, in writing and within eleven days after the entry of this order, of the outcome of the hearing on the state court motion.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE 2 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  9-6-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 172 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John C. Duffy
WATSON & HOLLOW
P.O. Box 131
Knoxville, TN 37901--013

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Robert H. Watson
WATSON & HOLLOW , P.L.C.
1500 Riverway Tower
900 South Gay Street
Knoxville, TN 37901--013

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT