# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

DEMUS RICH and MELBA RICH,                )
Individually and as Co-Executors of the   )
Estate of GARY BRIAN RICH, deceased,      )
                                          )
    Plaintiffs,                           )
                                          )
VS.                                       )          No. 02-1222-T/An
                                          )
CITY OF SAVANNAH, TENNESSEE;              )
ET AL.,                                   )
                                          )
    Defendants.                           )

---

## ORDER DENYING MOTION FOR CONTINUANCE AS MOOT

---

On September 6, 2005, the individual defendants in this case filed a Notice indicating

that the motion for continuance filed on August 11, 2005 was being withrawn.

Therefore, the motion for continuance is DENIED as moot.

IT IS SO ORDERED.


JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 9/13/05

174

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 174 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Robert H. Watson
WATSON & HOLLOW , P.L.C.
1500 Riverway Tower
900 South Gay Street
Knoxville, TN 37901--013

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John C. Duffy
WATSON & HOLLOW
P.O. Box 131
Knoxville, TN 37901--013

Honorable James Todd
US DISTRICT COURT