IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|   |   |   |
|---|---|---|
| DEMUS RICH and MELBA RICH, Individually and as Co-Executors of the Estate of GARY BRIAN RICH, deceased, | ) ) ) ) |   |
| Plaintiffs, | ) ) |   |
| VS. | ) | No. 02-1222-T/P |
| CITY OF SAVANNAH, TENNESSEE; ET AL., | ) ) ) ) |   |
| Defendants. | ) |   |

### ORDER GRANTING MOTION FOR CONTINUANCE

On September 30, 2005, the defendants filed a motion to continue the trial of this case, currently scheduled for October 11, 2005. The basis for the defendants' request is that one of the attorneys for the City of Savannah, James A. Hopper, was hospitalized and scheduled to undergo immediate surgery. The certificate of consultation accompanying the motion states that counsel for the plaintiffs will take no position on the defendants' request.

For cause shown, the motion for continuance is GRANTED. The case is reset for jury trial on December 12, 2005, at 9:30 a.m.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

3 October 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/5/05

181

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 181 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Robert H. Watson
WATSON & HOLLOW , P.L.C.
1500 Riverway Tower
900 South Gay Street
Knoxville, TN 37901--013

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John C. Duffy
LAW OFFICE OF JOHN C. DUFFY
5410 Homberg Dr., Ste. 5
P.O. Box 11007
Knoxville, TN 37939

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT