IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DEMUS RICH and wife, MELBA RICH, )
individually and as co-executors of the )
ESTATE OF BRIAN RICH, deceased, )
)
Plaintiffs, )
)
v. ) No.: 1-02-1222-T
)
CITY OF SAVANNAH, TENNESSEE, )
TIM KELLEY, LARRY PHELPS, )
TERRY W. HOSEA, ALLEN SNELLING, )
VICTOR W. CHERRY, T.J. BARKER, and )
JOHN SYLVESTER, )
)
Defendants. )

## MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

The attorney for Defendants, Tim Kelley, Larry Phelps, Terry W. Hosea, Allen Snelling, Victor W. Cherry, T.J. Barker, and John Sylvester, does hereby appear and files this Motion to Withdraw and Substitution of Counsel in the above styled cause of action and would state as follows:

1. Because of scheduling conflicts with the case of <u>Melvin Howser, as administrator of the Estate of Jerry Lynn Howser, vs. Crossville Police Department, et al.</u>, recently scheduled for jury trial in the United States District Court for the Middle District of Tennessee on February 21, 2006, it is necessary for Robert H. Watson, Jr., and the Law Firm of Watson, Roach, Batson, Rowell & Lauderback, P.L.C., to withdraw as attorneys of record in this case.

2. John D. Burleson and M. Dale Conder, Jr. of the Law Firm of Rainey, Kizer, Butler, Reviere & Bell, P.L.C., 105 S. Highland Avenue, P.O. Box 1147, Jackson, Tennessee 38302-1147, telephone number: (731) 423-2414 will undertake the defense of the above named

**MOTION GRANTED**
DATE: 16 December 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/19/05

COPY

defendants.

3. No additional rescheduling of the February 21, 2006 trial date is requested.

4. Plaintiffs' attorney has no objection to the withdrawal and substitution of defendants' counsel.

For the foregoing reasons, it is respectfully requested that Robert H. Watson, Jr., and his Law Firm, Watson, Roach, Batson, Rowell & Lauderback, P.L.C., be allowed to withdraw and be substituted by John D. Burleson and M. Dale Conder, Jr., of Rainey, Kizer, Butler, Reviere & Bell, P.L.C., as attorneys of record for Defendants, Tim Kelley, Larry Phelps, Terry W. Hosea, Allen Snelling, Victor W. Cherry, T.J. Barker, and John Sylvester.

RESPECTFULLY submitted this 15th day of December, 2005.

                               TIM KELLY, LARRY PHELPS,
                               TERRY W. HOSEA, ALLEN SNELLING,
                               VICTOR W. CHERRY, T.J. BARKER, AND
                               JOHN SYLVESTER

By: _____
       ROBERT H. WATSON, JR., BPR NO. 1702

WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, P.L.C.
Attorneys at Law
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing pleading has been served upon the following by United States Mail, with sufficient postage to carry same to its destination:

Andrew C. Clarke
Law Offices of Bailey & Clarke
6256 Poplar Avenue
Memphis, Tennessee 38119

Fred Collins
Flippin, Collins & Huey PLLC
P. O. Box 679
Milan, Tennessee 38358-0679

James Hopper
100 Elm Street
Savannah, Tennessee 38372

John D. Burleson
M. Dale Conder, Jr.
RAINEY, KIZER, BUTLER, REVIERE &
BELL, P.L.C.
105 S. Highland Avenue
P.O. Box 1147
Jackson, Tennessee 38302-1147

Dated December 15, 2005.

_____
ROBERT H. WATSON, JR., BPR NO. 1702

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 188 in case 1:02-CV-01222 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Robert H. Watson
WATSON & HOLLOW , P.L.C.
1500 Riverway Tower
900 South Gay Street
Knoxville, TN 37901--013

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John C. Duffy
LAW OFFICE OF JOHN C. DUFFY
5410 Homberg Dr., Ste. 5
P.O. Box 11007
Knoxville, TN 37939

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT