01129/60708-JDB

# IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF EASTERN DIVISION

| | |
|---|---|
| **DEMUS RICH and wife, MELBA RICH, individually and as co-executors of the ESTATE OF BRIAN RICH, deceased,** | |
| Plaintiffs, | |
| v. | No.: 1:02-1222 T |
| **CITY OF SAVANNAH, TENNESSEE, TIM KELLEY, LARRY PHELPS, TERRY W. HOSEA, ALLEN SNELLING, VICTOR W. CHERRY, T.J. BARKER, and JOHN SYLVESTER,** | |
| Defendants. | |

## DISMISSAL WITH PREJUDICE

The parties in the above-entitled action have filed a Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(ii) notifying this Court that this matter has been resolved by way of compromise and the settlement has been approved with respect to the minor by the Chancery Court of Hardin County, Tennessee.  Furthermore, none of the parties in this matter will seek discretionary costs or attorney's fees.

It is, therefore, ORDERED that this matter is hereby dismissed, with prejudice.

ENTERED this __**9th**__ day of March, 2006.

                                                    s/James D. Todd
                                                    THE HONORABLE JAMES D. TODD

01129/60708-JDB

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   s/Dale Conder, Jr.
      JOHN D. BURLESON, BPR # 010400
      DALE CONDER, JR., BPR # 015419
      Attorneys for Defendants, Tim Kelley, Larry
      Phelps,  Terry W. Hosea, Allen Snelling, Victor  W.
      Cherry, T.J. Barker, and John Sylvester
      209 East Main Street
      P.O. Box 1147
      Jackson, TN 38302-1147
      (731) 423-2414
      dconder@raineykizer.com

FLIPPIN, COLLINS & HILL, PLLC

By:   s/Fred Collins, by Dale Conder, Jr. with permission
      FRED COLLINS, BPR # 007513
      Attorneys for Defendants City of Savannah,
      Tennessee, and TML Risk Management Pool
      1066 South Main Street
      P.O. Box 679
      Milan, TN 38358-0679
      (731) 686-8355

BAILEY, CLARKE & BENEFIELD

By:   s/Andrew C. Clarke, by Dale Conder, Jr. with permission
      ANDREW C. CLARKE, BPR #015409
      Attorneys for Plaintiffs
      6256 Poplar Avenue
      Memphis, TN   38119
      (901) 680-9777